No. 1031. MORSE *v.* HINDMAN ET AL., 394 U. S. 943;

No. 1081. MORSE *v.* HINDMAN ET AL., 394 U. S. 943;

No. 1437, Misc. ADAMS *v.* CAMERON, HOSPITAL SUPER-INTENDENT, 394 U. S. 948; and

No. 1466, Misc. DICKERSON *v.* LEE, 394 U. S. 949. Motions for leave to file petitions for rehearing denied.

MAY 26, 1969.

No. ——. ROBINSON *v.* CALIFORNIA. Sup. Ct. Cal. Application for stay of execution presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, granted pending timely filing and disposition of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay is to terminate automatically. In the event the petition for writ of certiorari is granted, this stay is to continue pending issuance of the mandate of this Court.

No. 477. UNITED STATES *v.* UNITED STATES COIN AND CURRENCY IN THE AMOUNT OF $8,674 (ANGELINI, CLAIMANT). C. A. 7th Cir. [Certiorari granted, 393 U. S. 949.] Case restored to calendar for reargument.

No. 622. MAXWELL *v.* BISHOP, PENITENTIARY SUPERINTENDENT. C. A. 8th Cir. [Certiorari granted, 393 U. S. 997.] Case restored to calendar and set for reargument on October 13, 1969.

No. 1421. JACKMAN ET AL. *v.* BODINE ET AL. Sup. Ct. N. J. Application for a stay of the primary election of June 3, 1969, and other relief denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. *Lawrence I. Lerner* for petitioners Scrimmager et al. on the motion.